UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| C.B. & D.M. ENTERTAINMENT, INC.; and 4805 CONVOY, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>MICHAEL GALARDI; MDG, INC., a Nevada corporation, dba CHEETAH CLUB; and DOES 1-100, inclusive,<br><br>Defendants. | Civil No.   03cv2112-BTM (CAB)<br><br>**ORDER GRANTING MOTION TO AMEND THE COMPLAINT**<br><br>**[Doc. No. 36]** |
|---|---|

On June 27, 2007, Plaintiffs filed a motion to amend the complaint. [Doc. No. 36.] On July 2, 2007, Judge Moskowitz referred the matter to the undersigned. [Doc. No. 38.] This Court reset the motion hearing date for August 2, 2007. Defendants' opposition to the motion was due on July 19, 2007, but an opposition was never filed. On July 30, 2007, during a telephonic conference with the Court, John Barriage, defense counsel, represented to the Court that he did not oppose the motion to amend.

Federal Rule of Civil Procedure directs that leave to amend "shall be freely given when justice so requires." Fed. R. Civ. P. 15(a). Based on the non-opposition of defense counsel and the moving papers

///

///

///

///

1  filed by Plaintiffs, the motion to amend the complaint is hereby GRANTED. Attachment #2 to Doc. No.
2  36 shall be filed on the docket and shall be entitled "Second Amended Complaint."
3  **IT IS SO ORDERED.**
4
5  DATED: July 31, 2007
6
7  _____
   **CATHY ANN BENCIVENGO**
   United States Magistrate Judge
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28